**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| M. NORMAN DONNENFELD, on behalf of himself and all other persons similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>PETRO, INC. d/b/a PETRO HOME SERVICES,<br><br>          Defendant. | Case No.: 2:17-cv-2310-JFB-SIL<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF PETRO, INC.** |

  In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Petro, Inc. d/b/a Petro Home Services states that it is a wholly-owned subsidiary of Petroleum Heat and Power Co., Inc., which in turn is wholly-owned by Petro Holdings, Inc.  Petro Holdings, Inc. is a wholly-owned subsidiary of Star Acquisitions, Inc., which in turn is wholly owned by Star Gas Partners, L.P.  Otherwise, no publicly held entity owns 10% or more of the stock of Petro, Inc.

  Dated: June 23, 2017
      New York, New York

                /s/ Maura Barry Grinalds
               Maura Barry Grinalds
               Skadden, Arps, Slate, Meagher & Flom LLP
               4 Times Square
               New York, NY 10036
               Phone: (212) 735-3000
               Fax: (212) 735-2000
               Email: maurabarry.grinalds@skadden.com

               *Attorney for Defendant Petro, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    /s/ Maura Barry Grinalds
Maura Barry Grinalds
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000
Email: maurabarry.grinalds@skadden.com