**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

M. NORMAN DONNENFELD, on behalf
of himself and all others similarly situated,
Plaintiff,

v.

PETRO, INC., d/b/a PETRO HOME
SERVICES,

Defendant.

No. 2:17-cv-02310-SIL

**MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that pursuant to this Court's December 5, 2019 Preliminary

Approval Order (ECF NO. 74), at the Final Approval Hearing scheduled for 11:00 a.m. on March 26,

2020 at 121 Hofstra University, Hempstead, NY 11549-1210, Room 202, Plaintiff will move before

the Honorable Steven I. Locke, U.S.M.J. for (1) a Final Order and Judgment Certifying the Class and

Approving the Class Action Settlement, and Dismissing the Action with Prejudice and (2) an Order

granting Plaintiff's companion Motion for Attorneys Fees' and Expenses and Class Representative

Service Award filed February 11, 2020 (ECF NO. 78).

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely on the Plaintiffs' Brief in

support of Motion for Final Approval of Class Action Settlement submitted herewith, and the

Declaration of Jennifer M. Keough which, inter alia certifies compliance with the Notice Provision,

submitted herewith, as well as, the Certification of Bruce H. Nagel previously filed in support of

preliminary approval (ECF NO. 63-2) which annexed the Settlement Agreement as Exhibit 1 (ECF

NO. 63-3),the previously filed Brief in Support of Motion for Attorneys' Fees and Expenses and Class

Representative Service Award (ECF NO. 78-2), and the previously filed Certification of Bruce H.

Nagel in support of the companion Motion for Attorneys Fees' and Expenses and Class

Representative Service Award filed (ECF NO. 78-1).

**PLEASE TAKE FURTHER NOTICE** that Defendants do not oppose this Motion.

A Proposed Final Order and Judgment Certifying the Class Approving the Class Action Settlement,

and Dismissing the Action with Prejudice as well as a Proposed Order Granting Plaintiff's Unopposed

Motion for Fees, Expenses and Named Plaintiff Service Award is also submitted herewith.

Respectfully submitted this 5th day March 2020.

**NAGEL RICE, LLP**

By:___/s/Bruce H. Nagel_____
     Bruce H. Nagel (Admitted Pro Hac Vice)
     Randee M. Matloff (Admitted Pro Hac Vice)
     Diane E. Sammons
     230 Park Ave., Ste. 1000
     NY, NY 10029
     Phone: (212) 551-1465
     103 Eisenhower Parkway
     Roseland, NJ 07068
     (973) 618-0400
     Please reply to New Jersey Office
     *Attorneys for Plaintiff*
     *and the Putative Class*