| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE** <br> **MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE <br> U.S. MAGISTRATE JUDGE | DATE: 3/26/2020 <br> TIME: 11:00 am |

CASE:  **CV 17-2310(SIL) Donnenfeld v. Petro, Inc.**

TYPE OF CONFERENCE:  STATUS                                     FTR:

APPEARANCES:
    For Plaintiff:   Bruce Nagel and Randy Matloff

    For Defendant:  Julie Cohen and Amanda Strauss

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☐     The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒     Other:   Plaintiff's motions for Final class approval and approval of the attorneys' fees and costs, DE [78] & [80] are granted for the reasons set forth on the record.

                                                            SO ORDERED

                                                             /s/Steven I. Locke
                                                            STEVEN I. LOCKE
                                                            United States Magistrate Judge